

SELBACH LAW OFFICES, P.C.

January 12, 2018

**VIA CM/ECF ONLY**

Hon. Therese Wiley Dancks
United States District Court
Northern District of New York

   Re: Diabo v. Hillcrerst Davidson and Associates
     <u>Civil Action No. 17-cv-01169-GTS-TWD</u>

Dear Judge Wiley Danks:

  Please consider this the Plaintiff's status report regarding the above captioned action. On January 12, 2018 I called Hillcrest Davidson and Associates and asked to speak with Mr. Sean Atwood, Vice President. Mr. Atwood was served with the Summons and Complaint. I was referred to a manager who identified himself as José. When I asked him his last name, he hung up on me. Prior to that, José indicated that he did not have access to the records and so he was unable to tell me if the Defendant was in possession of the Summons and Complaint. He indicated that he would leave a message for Mr. Atwood who would return my phone call. As of the drafting of this correspondence, he has not returned my call.

  My intention is to follow up with Mr. Atwood in an attempt to determine the intentions of the Defendant. If I am unable to do so within the next 10 days, I will be requesting a default judgment. If I can provide the Court with anything further, please do not hesitate to contact me.

         Very truly yours,

         SELBACH LAW OFFICES, P.C.

         James F. Selbach

JFS/jeb

JAMES F. SELBACH, ESQ. ◆ ATTORNEY AT LAW
2700 BELLEVUE AVENUE, SYRACUSE, NEW YORK, 13219   315.471.6611   315.478.3621 (FAX)
jselbach@selbachlawfirm.com

OF COUNSEL

Theodore L. Araujo, Esq. ◆ Michael R. Cardinale, Esq. ◆ Laura Courage, Esq. ◆ Susan N. Esce, Esq.
David J. Gruenewald, Esq. ◆ Craig C. Humpleby ◆ Peter A. Orville, Esq. ◆ Michelle R. Potoczny-Gu, Esq.
Peter C. Schaefer, Esq. ◆ Anna J. Smith, Esq. ◆ Peter N. Talev, Esq. ◆ Meade H. Versace, Esq.